UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Hon. Peter G. Sheridan
                                 Crim. No. 07-836 (PGS)
         v.                 :

MARIA MARTINEZ              :    <u>CONTINUANCE ORDER</u>

    This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (by Dustin Chao, Assistant U.S. Attorney), and defendant Maria Martinez (by S. Michael Musa-Obregon, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that she has the right to have the matter brought to trial within 70 days of the date of her appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

    IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

    1.  Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

2. The defendant has consented to the aforementioned continuance; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 11th day of April, 2008,

IT IS ORDERED that the period from April 27, 2008, through June 26, 2008, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

_____
HON. PETER G. SHERIDAN
United States District Judge

Form and entry
consented to:

_____
Dustin Chao
Assistant U.S. Attorney

_____
S. Michael Musa-Obregon, Esq.
Counsel for defendant Maria Martinez